IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER,

    Plaintiff,

v.

ALAN SCHNITZER, et al,

    Defendants.

CIVIL ACTION
NO. 17-5025

## ORDER

**AND NOW**, this 4th day of October, 2018, upon consideration of all pending motions in this matter, as well as all responses and replies, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment Against All Defendants (Docket No. 4) is **DENIED**;

2. Defendants' Motions to Dismiss (Docket Nos. 9, 14, 16, 20, 21, 23, 28 and 30) are **GRANTED**;

3. Plaintiff's Motions to Strike (Docket Nos. 13, 17, 24, 25, 29, 33 and 38) are **DENIED**;

4. Plaintiff's Motion to Combine Cases (Docket No. 31) is **DENIED**;

5. Plaintiff's "Motion to Correct Record for Clerical Errors and Motion for Final Judgment" (Docket No. 39) is **DENIED** as moot;

6. Plaintiff's "Complaint" is **DISMISSED** with prejudice; and

7. The Clerk is **DIRECTED** to mark this case closed.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.