UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3693
_____

JEFFREY CUTLER,
                                              Appellant

v.

ALAN SCHNITZER, Chairman the Traveler's Companies' Inc.;
EDWARD MCVEY, Pennsylvania Insurance Department;
RICHARD S. MILLS, McElroy, Deutsch, Mulvaney, & Carpenter, LLP;
KIANDRA BAIR, McNees, Wallace & Nurick; SAM JANESH, The LNP Media Group;
DENNIS STUCKEY, Lancaster County Chairman; BRIAN HURTER, Lancaster
County Controller;
MARK DALTON, Lancaster County Court Administrator;
DAVID BUCKWALTER, East Lampeter Township Chairman;
DAVID ZUILKOSKI, Conestoga Valley School District; DENNISE COMMINS
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 5-17-cv-05025)
District Judge:  Honorable Jeffrey L. Schmehl
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
August 1, 2019
Before:  MCKEE, COWEN and RENDELL, Circuit Judges*
_____

**JUDGMENT**

_____

* The Honorable Robert J. Cowen participated in the decision in this case.  Judge Cowen
assumed inactive status on April 1, 2022 after the submission date, but before the filing
of the opinion.  This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. §
46(d) and Third Circuit I.O.P. Chapter 12.

_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on August 1, 2019.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered November 14, 2018, be and the same is hereby affirmed with a modification. Costs taxed against the Appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  July 15, 2022

Certified as a true copy and issued in lieu of a formal mandate on ___08/08/2022___

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**